# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2010 ___ ___ A 10: 19

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| | CASE NUMBER: 3:07-cr-13-J-33MCR |
| V. | USM NUMBER: 31829-018 |
| JOSEPH D. GLENN, III | Defendant's Attorney: Lisa Call, Esquire (pda) |

## THE DEFENDANT:

__X__ admitted guilt to violation of charge numbers One through Five of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive urinalysis for Cocaine | October 6, 2009 |
| Two | Positive urinalysis for Marijuana | October 6, 2009 |
| Three | Positive urinalysis for Cocaine | October 19, 2009 |
| Four | Failure to participate in Drug Aftercare Treatment | October 20, 2009 |
| Five | Failure to follow the instructions of the probation officer | October 21, 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: March 22, 2010

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE
DATE: March 23rd. 2010

Defendant:     JOSEPH D. GLENN, III                    Judgment - Page 2 of 2
Case No.:      3:07-cr-13-J-33MCR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS AND ONE (1) DAY.**

__X__    The Court makes the following recommendations to the Bureau of Prisons:

- **Incarceration at the facility located in Jesup, GA.**
- **Defendant be permitted to participate in any substance abuse treatment programs available at the facility to which he is designated.**

__X__  The defendant is remanded to the custody of the United States Marshal.

_____  The defendant shall surrender to the United States Marshal for this district:

____  at _____ a.m.    p.m.    on _____.

____  as notified by the United States Marshal.

____  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

____  before 2 p.m. on _____.

____  as notified by the United States Marshal.

____  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL